STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. CHARLES PISANO, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 33 *N. J. Super.* 559.

*Mr. Louis Santorf* for the petitioner.

*Mr. Ralph L. Fusco, Mr. Bertram Polow* and *Mr. Julius A. Feinberg* for the respondent.